IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL D. WHITMORE, ) | |
| Plaintiffs, ) | CIVIL No.: C-06-05062 SI |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff has an extension of 14 days after entry of this Order to file Plaintiff's opposition to Defendant's reply to Plaintiff's application for Attorney's fees and costs under the Equal Access to Justice Act.


IT IS SO STIPULATED:


///


///


///


WHITMORE, STIP.Ext of Time
C 06-05062 SI

Dated:  July 11, 2007


Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff


Dated:  July  12, 2007


____Signed /Mary P. Parnow/ _____
Mary Patricia Parnow
Office of the General Counsel
  And Attorney for the Commissioner


                    ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   July                    , 2006

_____
SUSAN ILLSTON
United States District  Judge


WHITMORE, STIP.Ext of Time
C 06-05062 SI

MPP

1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
   1108 Tamalpais Avenue #1
3  San Rafael, CA 94901
   Tel.: 415-457-4200
4
5  Attorney and Plaintiff

Social Security Admin.
RECEIVED

JUL 1 2 2007

Office of the
General Counsel

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

   DANIEL D. WHITMORE,                    )
9                                         )
             Plaintiffs,                  )   CIVIL No.: C-06-05062 SI
10                                        )
      vs.                                 )   STIPULATION AND ORDER
11                                        )
   MICHAEL J. ASTRUE,                     )
   Commissioner of Social Security,       )
12                                        )
                                          )
13           Defendant.                   )

14       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to

15  the approval of the Court, that Plaintiff has an extension of 14 days after entry of this Order to

16  file Plaintiff's opposition to Defendant's reply to Plaintiff's application for Attorney's fees and

17  costs under the Equal Access to Justice Act.

18

19            IT IS SO STIPULATED:

20

21

22  ///

23

24

25  ///

26

27

28
    ///

    WHITMORE, STIP.Ext of Time
    C 06-05062 SI

Dated: July 11, 2007

Signed /Ian M. Sammis/

IAN M. SAMMIS
Attorney for Plaintiff

Dated: July 12, 2007

Signed /Mary Patricia Parnow/
Mary Patricia Parnow
Office of the General Counsel

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July _____, 2006

_____
SUSAN ILLSTON
United States District Judge

WHITMORE STIP.Ext of Time
C 06-05082 SI