```
1   IAN M. SAMMIS
    Attorney at Law
2   Cal. State Bar #45883
    1108 Tamalpais Avenue #1
3   San Rafael, CA 94901
    Tel.: 415-457-4200
4
    Attorney and Plaintiff
5
```

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL D. WHITMORE, ) | |
| Plaintiff, ) | CIVIL No.: C 06-05062 SI |
| ) | |
| vs. ) | STIPULATION AND ORDER EXTENDING |
| ) | TIME FOR HEARING ON PLAINTIFF'S |
| MICHAEL C. ASTRUE, ) | MOTION FOR 406(b) FEES |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Whitmore may have an extension of time for the Court to hear his motion for 406(b) fees. The Parties have met and conferred on a stipulated settlement and agree that the hearing on this issue may be rescheduled to July 31, 2009.

///

///

/ / /

```
WHITMORE, EXT.HEARING ON 406(b)FEES
C 06-05062 SI
```

Dated:  June 22, 2009

<u>S/Ian M. Sammis/</u>
IAN M. SAMMIS
Attorney for Plaintiff

Dated:   June 24, 2009

<u>S/Shea Lita Bond/</u>
Shea Lita Bond
Special Assistant United States Attorney
and Attorney for Defendant

             ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June            , 2009

_____
SUSAN ILLSTON
United States District Judge

WHITMORE, EXT.HEARING ON 406(b)FEES
C 06-05062  SI