IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL D. WHITMORE,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant.
                                               /

No. C 06-05062 SI

**ORDER RE: PLAINTIFF'S PETITION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)**

Plaintiff's counsel has filed a petition for attorneys' fees pursuant to 42 U.S.C. § 406(b). The petition is scheduled for a hearing on July 31, 2009. Plaintiff's counsel appears to have made an error in electronically filing his motion and supporting declaration as only the first pages of these documents are available on the public docket. The Court orders plaintiff's counsel to file complete versions of his petition and declaration so that all documents are available electronically. In addition, it is unclear whether plaintiff's counsel has served a copy of his petition on plaintiff. Because the § 406(b) fee award is payable from funds withheld from plaintiff's past-due benefits, plaintiff should receive a copy of the fee petition. **Accordingly, plaintiff's counsel is directed to file a proof of service on plaintiff Daniel Whitmore by July 31 and to file complete versions of his petition and declaration by the same date.** The July 31, 2009 is VACATED; the Court will rule on plaintiff's counsel's petition based on the papers submitted.

        **IT IS SO ORDERED.**

Dated: July 24, 2009

SUSAN ILLSTON
United States District Judge