IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL D. WHITMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 06-05062 SI<br><br>**FURTHER ORDER RE: PLAINTIFF'S PETITION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)** |

Plaintiff's counsel has filed a petition for attorneys' fees. On July 24, 2009, this Court ordered plaintiff's counsel to file a proof of service of the fee petition on plaintiff Daniel Whitmore by July 31 and to file complete versions of his petition and declaration by the same date. Counsel did not file any documents by the July 31 deadline. The Court directs plaintiff's counsel to **file a proof of service of the fee petition on plaintiff Daniel Whitmore by August 7 and to file complete versions of his petition and declaration by the same date.** If counsel again fails to comply with the Court's deadline or to show good cause for his failure to do so, **the Court will deny his fee petition.**

**IT IS SO ORDERED.**

Dated: August 4, 2009

                                                                SUSAN ILLSTON<br>                                                                United States District Judge